**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Jameel Bernard Miles                                                CHAPTER 13

DEBTOR(S)                                                                    BANKRUPTCY NO: 18-15509

**CERTIFICATION OF NO RESPONSE**

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>April 2, 2020</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.


Dated:  April 22, 2020                        /s/ Georgette Miller
                                              Georgette Miller
                                              Law Offices of Georgette Miller Esq., P.C
                                              335 Evesham Avenue
                                              Lawnside, NJ 08045
                                              856-323-1100
                                              Bar I.D. 86358
                                              Attorney for Debtor(s)

{00377158;v1}