| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-15509-AMC**

JAMEEL B MILES  
209 E BRINGHURST STREET  
PHILADELPHIA  PA    19144

Petition Filed Date: 08/20/2018  
341 Hearing Date: 10/12/2018  
Confirmation Date: 02/27/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $325.00 | | 02/13/2019 | $335.00 | | 03/13/2019 | $330.00 | |
| 04/11/2019 | $330.00 | | 05/13/2019 | $330.00 | | 06/12/2019 | $330.00 | |
| 07/17/2019 | $330.00 | | 08/13/2019 | $330.00 | | 09/18/2019 | $330.00 | |
| 09/20/2019 | ($330.00) | NSF return che | 03/23/2020 | $1,650.00 | 380422 | 05/01/2020 | $990.00 | 108673740978 |
| 05/11/2020 | $330.00 | 108673743035 | 06/11/2020 | $330.00 | 26350653486 | 07/07/2020 | $330.00 | 26350657626 |
| 08/10/2020 | $330.00 | 26711302061 | | | | | | |

**Total Receipts for the Period: $6,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,981.16 | $0.00 | $1,981.16 |
| 2 | PA HOUSING FINANCE AGENCY<br>»» 002 | Mortgage Arrears | $13,403.31 | $2,507.73 | $10,895.58 |
| 3 | CITY OF PHILADELPHIA (LD)<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | GEORGETTE MILLER ESQ<br>»» 004 | Attorney Fees | $4,400.00 | $4,400.00 | $0.00 |

**Chapter 13 Case No. 18-15509-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,900.00 | Current Monthly Payment: | $330.00 |
| Paid to Claims: | $6,907.73 | Arrearages: | ($330.00) |
| Paid to Trustee: | $695.27 | Total Plan Base: | $19,781.00 |
| Funds on Hand: | $297.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.