| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-15509-AMC**

JAMEEL B  MILES
209 E BRINGHURST STREET
PHILADELPHIA  PA    19144

Petition Filed Date: 08/20/2018
341 Hearing Date: 10/12/2018
Confirmation Date: 02/27/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/23/2020 | $1,650.00 | 380422 | 05/01/2020 | $990.00 | 108673740978 | 05/11/2020 | $330.00 | 108673743035 |
| 06/11/2020 | $330.00 | 26350653486 | 07/07/2020 | $330.00 | 26350657626 | 08/10/2020 | $330.00 | 26711302061 |
| 09/09/2020 | $330.00 | 26711320770 | 10/13/2020 | $330.00 | 26711340175 | 11/12/2020 | $330.00 | 26711349377 |
| 12/09/2020 | $330.00 | 26711365465 | 01/12/2021 | $330.00 | 26711372463 | 02/17/2021 | $330.00 | 26711384578 |
| 03/12/2021 | $330.00 | 26711398258 | 04/09/2021 | $330.00 | 27154927337 | 05/11/2021 | $330.00 | 27199235406 |

**Total Receipts for the Period:  $6,930.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $10,870.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $1,981.16 | $0.00 | $1,981.16 |
| 2 | PA HOUSING FINANCE AGENCY<br>»»  002 | Mortgage Arrears | $13,403.31 | $5,547.03 | $7,856.28 |
| 3 | CITY OF PHILADELPHIA (LD)<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | **GEORGETTE MILLER ESQ**<br>»»  004 | Attorney Fees | $4,400.00 | $4,400.00 | $0.00 |

**Chapter 13 Case No. 18-15509-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,870.00 | Current Monthly Payment: | $330.00 |
| Paid to Claims: | $9,947.03 | Arrearages: | $0.00 |
| Paid to Trustee: | $922.97 | Total Plan Base: | $19,781.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.