Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 18-15509-AMC**

JAMEEL B  MILES  
209 E BRINGHURST STREET  
PHILADELPHIA  PA    19144

Petition Filed Date: 08/20/2018  
341 Hearing Date: 10/12/2018  
Confirmation Date: 02/27/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/09/2021 | $330.00 | 27154927337 | 05/11/2021 | $330.00 | 27199235406 | 06/11/2021 | $330.00 | 27154946733 |
| 07/13/2021 | $330.00 | 27154959456 | 08/10/2021 | $330.00 | 27154962630 | 09/14/2021 | $330.00 | 27154958185 |
| 10/12/2021 | $330.00 | 27154993858 | 11/12/2021 | $330.00 | 27446006698 | 12/15/2021 | $330.00 | 27446010377 |
| 01/11/2022 | $330.00 | 27446018141 | 02/16/2022 | $330.00 | 27640108247 | 03/08/2022 | $330.00 | 27640119903 |
| 04/12/2022 | $330.00 | 27154972473 | 05/10/2022 | $330.00 | 27640140006 | 06/14/2022 | $330.00 | 27640152966 |
| 07/12/2022 | $330.00 | 27640153991 | | | | | | |

**Total Receipts for the Period: $5,280.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $15,490.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $1,981.16 | $0.00 | $1,981.16 |
| 2 | PA HOUSING FINANCE AGENCY<br>»»  002 | Mortgage Arrears | $13,403.31 | $9,771.03 | $3,632.28 |
| 3 | CITY OF PHILADELPHIA (LD)<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | **GEORGETTE MILLER ESQ**<br>»»  004 | Attorney Fees | $4,400.00 | $4,400.00 | $0.00 |

**Chapter 13 Case No. 18-15509-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,490.00 | Current Monthly Payment: | $330.00 |
| Paid to Claims: | $14,171.03 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,318.97 | Total Plan Base: | $19,781.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.