Certificate Number: 15317-PAE-DE-037642673

Bankruptcy Case Number: 18-15509



15317-PAE-DE-037642673

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 2, 2023</u>, at <u>8:46</u> o'clock <u>AM PDT</u>, <u>Jameel B Miles</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 2, 2023</u>

By:  <u>/s/Maricris Uyanib</u>

Name:  <u>Maricris Uyanib</u>

Title:  <u>Counselor</u>