| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2022 to 08/01/2023

**Chapter 13 Case No. 18-15509-AMC**

JAMEEL B MILES  
209 E BRINGHURST STREET  
PHILADELPHIA PA 19144

Petition Filed Date: 08/20/2018  
341 Hearing Date: 10/12/2018  
Confirmation Date: 02/27/2019

Case Status: Completed on 8/ 2/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $330.00 | 27640157850 | 09/13/2022 | $330.00 | 27640182982 | 10/18/2022 | $330.00 | 27640190193 |
| 11/15/2022 | $330.00 | 28246352398 | 12/13/2022 | $330.00 | 28246355032 | 01/11/2023 | $330.00 | 28246369318 |
| 02/09/2023 | $330.00 | 28383276734 | 03/08/2023 | $330.00 | 28246391008 | 04/11/2023 | $330.00 | 28246381637 |
| 05/10/2023 | $330.00 | 28415405711 | 06/07/2023 | $330.00 | 28246387882 | 07/10/2023 | $330.00 | 28415423428 |

**Total Receipts for the Period: $3,960.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,781.51**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,981.16 | $0.00 | $1,981.16 |
| 2 | PA HOUSING FINANCE AGENCY<br>»» 002 | Mortgage Arrears | $13,403.31 | $13,401.03 | $2.28 |
| 3 | CITY OF PHILADELPHIA (LD)<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | **GEORGETTE MILLER ESQ-TAX LEVY 11/9/20**<br>»» 004 | Attorney Fees | $4,400.00 | $4,400.00 | $0.00 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-15509-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,781.51 | Current Monthly Payment: | $331.51 |
| Paid to Claims: | $17,801.03 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,678.81 | Total Plan Base: | $19,781.51 |
| Funds on Hand: | $301.67 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.